JS-6

1

2

3

4

5

6

7

8     **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA**

10

11    PHILIP GABRIEL, an individual, on          Case No. 19-CV-00556-DSF-KS
      his own behalf and on behalf of all
12    other similarly situated,                  (Related to Case No. 19-CV-00644-
                                                  DSF(KS))
13              Plaintiff,
                                                  **ORDER DISMISSING ENTIRE**
14         v.                                     **ACTION PURSUANT TO RULE**
                                                  **41(a)(1)(A)(ii)**
15    SERVICE KING, INC., a California
      corporation, and DOES 1-50, inclusive
16
                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER DISMISSING ENTIRE ACTION PURSUANT TO RULE 41(A)(1)(A)(II)

Pursuant to the parties' Stipulation of Dismissal of Entire Action Pursuant to Rule 41(a)(1)(A)(ii), the parties' joint request for dismissal of the entire action is hereby GRANTED. The Court ORDERS:

1. The above-entitled action is dismissed in its entirety, WITHOUT PREJUDICE.

2. The dismissal does not require notice to putative class members.

IT IS SO ORDERED.

DATED: June 5, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ENTIRE ACTION PURSUANT TO RULE 41(A)(1)(A)(II)